JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey Corporation; STF (U.S.A.) Inc., a New York Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No.: CV11-0237 RGK (PJWx)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**<br><br>Hon. R. Gary Klausner |

-1-
**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate,

IT IS ORDERED that the above-referenced action is dismissed with prejudice and that this court shall retain jurisdiction over any disputes relating to the settlement agreement reached in this matter.

Each party is to bear its own costs and attorneys' fees incurred in this Action.

SO ORDERED.

Dated:  February 28, 2012

_____
HON. R. GARY KLAUSNER